UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CV-62052-ALTONAGA/STRAUSS

DENNIS SCOTT,

    Plaintiff,

v.

PAYCHEX INSURANCE AGENCY, INC.,

    Defendant.
_____/

## NOTICE OF COMPLETE FAILURE TO RESPOND TO DISCOVERY

Plaintiff, DENNIS SCOTT, (the "Plaintiff") in compliance with the Court's Amended Discovery Procedures Order, hereby submits this Notice of Complete Failure to Respond to Discovery ("Notice") and states:

1. The subjects of this Notice are two document subpoenas served on non-parties, NorGuard Insurance Company and Central Florida Siding Pros, LLC. Responses to the subpoenas were due on April 9, 2023. Plaintiff has attempted to contact both non-parties via telephone and email on numerous occasions seeking compliance, to no avail.

2. As such, Plaintiff seeks an Order compelling production from the non-parties. Defendant does not object to the relief sought.

3. Counsel for the Plaintiff is available on April 14th (afternoon), April 21st (morning), and May 1 (all day, but this date is after the current discovery deadline).

## CONCLUSION

WHEREFORE, Plaintiff respectfully requests that this Honorable Court:

(1) Issue an Order to Comply with Non-Party Subpoenas; and
(2) for such other and further relief as the Court deems just and proper.

1

|  |  |
|---|---|
| Dated: April 12, 2023 | **MORGAN & MORGAN, P.A.**<br>**Business Trial Group**<br><br>*s/ Roger C. Brown*<br>**Roger C. Brown**<br>Florida Bar No. 43404<br>**Corey A. Gross**<br>Florida Bar No. 1032362<br>1700 Palm Beach Lakes Blvd., Suite 500<br>West Palm Beach, Florida 33401<br>Telephone: (561) 227-5858<br>Facsimile: (561) 227-5859<br>RBrown@forthepeople.com<br>CoreyGross@forthepeople.com<br><br>*Attorneys for Plaintiff* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 12, 2023, I electronically filed the foregoing with the Clerk of the Courts by using the Florida Courts eFiling Portal and electronically served the foregoing by Electronic Mail to all counsel of record.

*/s/ Roger C. Brown*